# EXHIBIT 1

| SUBJECT IMAGE | SCREEN CAPTURES |
|---|---|
|  |  https://www.facebook.com/IconicCool/posts/nana-visitor-as-major-kira-nerys-on-star-trek-deep-space-9/4479563515481277/  https://www.facebook.com/photo/?fbid=4479562755481353&set=a.842192819218383 |
| DMCA Takedown Notice sent July 30, 2024 | |



DMCA Takedown Notice sent July 17, 2024



https://www.facebook.com/102570912374056/photos/a
.102579065706574/133116862652794/?type=3&from_
lookaside=1



https://scontent-lax3-1.xx.fbcdn.net/v/t39.30808-
6/281963905_133116855986128_67290080188536896
59_n.jpg?_nc_cat=108&ccb=1-
7&_nc_sid=127cfc&_nc_ohc=PLiiv3b9fOMQ7kNvgG
0nseq&_nc_ht=scontent-lax3-
1.xx&oh=00_AYA5wYacTuaoLVoxp-
bzRy6OFeRLB0KGmCEhl_44FLezOA&oe=6684A30
B



DMCA Takedown Notice sent July 15, 2024



https://www.facebook.com/artofseo/

https://scontent.fmnl17-3.fna.fbcdn.net/v/t39.30808-
6/301104735_378067864528941_63377432398674312
14_n.jpg?_nc_cat=103&ccb=1-
7&_nc_sid=783fdb&_nc_ohc=G8RhaMgLcG0AX9KT
mSy&_nc_ht=scontent.fmnl17-
3.fna&oh=00_AfAXwnn7l232uR-vbzb-xv9v2Ev-
jZ0VMGKP87hLdppVwA&oe=659314B3



DMCA Takedown Notice sent July 7, 2024



https://www.facebook.com/groups/TheClashOfficial/permalink/3966384923588520/?mibextid=7i0OJ8&paipv=0&eav=AfaIGOW-NAgAF9pgsOiVfz7a2xkqzxG-ZufJBq7fpcIf1_UdtxQWIJ-rEDbwxSxCVzQ&_rdr



https://scontent.fmdz4-1.fna.fbcdn.net/v/t39.30808-6/403707541_2361462474050546_3096170549481088634_n.jpg?_nc_cat=100&ccb=1-7&_nc_sid=5f2048&_nc_ohc=_TCuiDL9ZmYAX_BQ9mp&_nc_ht=scontent.fmdz4-1.fna&oh=00_AfCvKjDk-jlKdaVVNQtkG8Fgzhs1eXehZrBYmuPQJ1OGTA&oe=65612914



DMCA Takedown Notice sent July 3, 2024



https://www.facebook.com/twoguysonetrek/photos/pb.1
00063864180195.-
2207520000/5288284997886655/?type=3



https://scontent.fmnl4-6.fna.fbcdn.net/v/t39.30808-
6/305413981_5288284987886656_5691955836384111
241_n.jpg?_nc_cat=108&ccb=1-
7&_nc_sid=5f2048&_nc_ohc=ZxTSGyngPPQAX8e2v
Jq&_nc_ht=scontent.fmnl4-
6.fna&oh=00_AfB5wPIlAA_fdVz9SC3g4g77iI0JTB_F
rS7-cp8vLucyzQ&oe=65678476



DMCA Takedown Notice sent July 2, 2024



https://www.facebook.com/photo/?fbid=823229421115
383&set=pcb.823229714448687&locale=id_ID



https://scontent.fmnl4-2.fna.fbcdn.net/v/t31.18172-
8/12901463_823229421115383_890662826399526966
9_o.jpg?_nc_cat=105&ccb=1-
7&_nc_sid=dd63ad&_nc_eui2=AeGF85pifXn5tWOAS
DgKyQCCJu3l2ZKCE_Um7eXZkoIT9ZRsbFZ1DmN
XC3uJ5FvI_mY&_nc_ohc=ujmBRL0kNz8AX-
cmeth&_nc_ht=scontent.fmnl4-
2.fna&oh=00_AfCAmtGN68W3ckf5PEt8wSKR3OIdd
mJkqlBmlSSNbxj-cQ&oe=65757508



DMCA Takedown Notice sent June 28, 2024



https://www.facebook.com/postpunkmagazine/photos/a
.535140706504643/6095221957163129/?type=3&from
_lookaside=1



https://scontent.fmnl17-3.fna.fbcdn.net/v/t39.30808-
6/315963211_6095221950496463_1609176903073911
981_n.png?_nc_cat=110&ccb=1-
7&_nc_sid=3635dc&_nc_eui2=AeGSr5TMIamJdrDN2
LTjsfOtvbRobsexDvK9tGhux7EO8kev4pVt3dNuMl2h
uuntkDMybsLN5ckuQJpAtp6C6dSY&_nc_ohc=v6diy
0IXKKIAX9Qi-p-&_nc_ht=scontent.fmnl17-
3.fna&oh=00_AfAuYVuEPtzLDUQ7D-
ASggqeKyW4TCDAqHrZspDqRGKyBQ&oe=6593C6
EF



DMCA Takedown Notice sent June 25, 2024



https://www.facebook.com/417268086112/photos/a.48
2927366112/10154380263581113/?type=3



https://scontent.fmdz5-1.fna.fbcdn.net/v/t31.18172-
8/14425464_10154380263581113_3969145821874750
447_o.jpg?_nc_cat=103&ccb=1-
7&_nc_sid=be3454&_nc_ohc=BhINwQJMPbwAX8fq
koQ&_nc_ht=scontent.fmdz5-1.fna&oh=00_AfDsR-
vDecjrAou3JPsyYDf0dyAnMqsBbNBnGS0VgifQ4w&
oe=65DA7B59



DMCA Takedown Notice sent May 6, 2024



https://www.facebook.com/photo/?fbid=669671731979
482&set=a.501240395489284&locale=nl_BE



https://scontent.fmnl4-3.fna.fbcdn.net/v/t39.30808-
6/406305451_669671765312812_79345264936775744
14_n.jpg?_nc_cat=110&ccb=1-
7&_nc_sid=3635dc&_nc_ohc=_h101mmHOc8AX9TN
a4T&_nc_oc=AQm2b0TtWsXgveapHi_IsRhbMre6n_
VroHtyOSCt7FWOSdVKzyr3eaIDj-6opMaOKDi-
VUWHYB6DL_Pt98Se74Wd&_nc_ht=scontent.fmnl4-
3.fna&oh=00_AfAiculnWbqlSesU9LyxsYRpv6sFztqG
FdW0_kTw11FZ8g&oe=6592FE6C



DMCA Takedown Notice sent May 2, 2024



https://www.facebook.com/photo/?fbid=1085970976170004&set=a.749230543177384



https://scontent.fmnl9-2.fna.fbcdn.net/v/t39.30808-6/407986947_1085970969503338_6698971857471777043_n.jpg?_nc_cat=101&ccb=1-7&_nc_sid=3635dc&_nc_ohc=5Lu6RCWx26kAX8pCabB&_nc_ht=scontent.fmnl9-2.fna&oh=00_AfCyPo7jrNVeQSLEHcKaHs1bM9gpvt-7s_OX2Binw6LR8Q&oe=658DF0C0



DMCA Takedown Notice sent November 16, 2023



https://www.facebook.com/PunkRockPervINC/photos/a.284475905031728/2378077765671521/



https://scontent.fmnl4-4.fna.fbcdn.net/v/t1.6435-9/135379296_2378077769004854_2891808162313396238_n.jpg?_nc_cat=100&ccb=1-7&_nc_sid=dd63ad&_nc_eui2=AeGNMkHeQerI9kKNPAImgkDZAZMSH7VP2H8BkxIftU_Yfy_kmSL1fs_vklPF0M1JwWY&_nc_ohc=pbMKTghWGCoAX-PXpEc&_nc_ht=scontent.fmnl4-4.fna&oh=00_AfDYwyNVAioSI2pYsu9AxK9QNWvbVQjdNS8BxQ4HG3RfvQ&oe=657592CB



DMCA Takedown Notice sent November 21, 2023



https://www.facebook.com/photo/?fbid=651308173664
296&set=a.468029471992168



https://scontent.fmnl4-2.fna.fbcdn.net/v/t39.30808-
6/329103603_702498498195195_79172314238065990
81_n.jpg?_nc_cat=101&ccb=1-
7&_nc_sid=5f2048&_nc_eui2=AeHRds9D3dPp4ISbF4
WXuP5xH3bjsEU-
DmYfduOwRT4OZlOMcFP6tQUO34bPmAIh4co&_n
c_ohc=S4eLEdKFRcwAX_Lrn2H&_nc_ht=scontent.f
mnl4-
2.fna&oh=00_AfCBrQIrSR0PeWunk1L0hJy7dAjzR29
b6xWkubEeYNOLQg&oe=65527862



DMCA Takedown Notice sent May 1, 2024



https://www.facebook.com/photo/?fbid=911772033809994&set=a.548028933517641



https://scontent.fmnl9-1.fna.fbcdn.net/v/t39.30808-6/409325732_911772030476661_6383963063659699491_n.jpg?_nc_cat=111&ccb=1-7&_nc_sid=3635dc&_nc_ohc=X2z9dres38QAX8VDIzo&_nc_oc=AQnwg7OtTYkdSCSlXFzq_8XuM9i2Hy__42AWVCXrdwIM-K5CpzAvKBxknuOjDuqfpNlti7cYMCp_8phL0-BjXwOf&_nc_ht=scontent.fmnl9-1.fna&oh=00_AfBeb4aYGDcHBOtSlYvFKFdlLf_A8SDsD6XxLMBAR3hynA&oe=658DC47B



DMCA Takedown Notice sent May 1, 2024



https://www.facebook.com/rjdrums.net/videos



https://www.facebook.com/rjdrums.net/videos/658654158746504



DMCA Takedown Notice sent June 19, 2024



https://www.facebook.com/photo/?fbid=918558449633
679&set=a.550316979791163



https://scontent.fmnl4-2.fna.fbcdn.net/v/t39.30808-
6/407930372_909993287156862_93456007471352888
_n.jpg?_nc_cat=106&ccb=1-
7&_nc_sid=a73e89&_nc_ohc=DcOxxTjCam0AX99T
wgq&_nc_ht=scontent.fmnl4-
2.fna&oh=00_AfBTMli53lr-
ieLyoNR06EKXBXq45i52mD8NMan4aIkSog&oe=65
91C6CE



DMCA Takedown Notice sent June 6, 2024



https://www.facebook.com/photo.php?fbid=894910565
978503&set=a.489370693199161&type=3&mibextid=
cr9u03



https://scontent.fcor10-4.fna.fbcdn.net/v/t39.30808-
6/433937662_894910559311837_84839656924742224
55_n.jpg?_nc_cat=108&ccb=1-
7&_nc_sid=5f2048&_nc_ohc=dhjIHO4F9qAQ7kNvg
GeaB6m&_nc_ht=scontent.fcor10-
4.fna&oh=00_AYAwm6iLYDco02yyVgG7vJ0KjUGv
oPFwiSy-QXMzWnXjPg&oe=6667DDC1



DMCA Takedown Notice sent February 15, 2024



https://www.facebook.com/photo/?fbid=544655864336050&set=a.451092687025702&locale=he_IL



https://scontent.fmnl4-2.fna.fbcdn.net/v/t39.30808-6/313982729_544655861002717_8613525938907617859_n.jpg?_nc_cat=105&ccb=1-7&_nc_sid=dd5e9f&_nc_ohc=VDh5lID01DsAX_sR9g2&_nc_ht=scontent.fmnl4-2.fna&oh=00_AfADuu2--DtZnsQ7RJ4kWXj2NmcpIIW0ytSnTFrdULc1Mw&oe=6591D209



DMCA Takedown Notice sent May 7, 2024



https://www.facebook.com/reel/221967384130219



https://www.facebook.com/reel/221967384130219



DMCA Takedown Notice sent June 4, 2024



https://www.facebook.com/photo/?fbid=850467509783
888&set=a.248436099987035&locale=zh_CN



https://scontent.fmdz5-1.fna.fbcdn.net/v/t39.30808-
6/375870922_18385654681062173_816415728846082
7399_n.jpg?_nc_cat=103&ccb=1-
7&_nc_sid=5f2048&_nc_ohc=KlTqFKK547UAX-
1J85V&_nc_ht=scontent.fmdz5-1.fna&oh=00_AfBg-
vc5IvhdwMh6omzXQ2G4efWmgp_863U6v4QcbsBo
Mg&oe=65472F75



DMCA Takedown Notice sent June 21, 2024



https://www.facebook.com/pioneergentlemensbarber/photos/pb.100063982841271.-2207520000/2770045786417361/?type=3



https://scontent.fmnl4-2.fna.fbcdn.net/v/t1.6435-9/86969385_2770045789750694_5339471645528555520_n.jpg?_nc_cat=105&ccb=1-7&_nc_sid=c2f564&_nc_ohc=8GJvnwKaTn8AX-VjLlt&_nc_ht=scontent.fmnl4-2.fna&oh=00_AfA7hvzvVe6LC75BRK8iuXQgyWgd52GQma8ZtnPnq8l3JQ&oe=658B0940



DMCA Takedown Notice sent May 30, 2024



https://www.facebook.com/photo/?fbid=3815730358488292&set=pcb.3815730445154950



https://scontent.fmnl4-4.fna.fbcdn.net/v/t1.6435-9/131584579_3815730371821624_7461428855614936127_n.jpg?_nc_cat=109&ccb=1-7&_nc_sid=810d5f&_nc_ohc=6MiwlW4M88AAX_KPzdJ&_nc_ht=scontent.fmnl4-4.fna&oh=00_AfDCsAxVV0FG8K2YSNrj4LPNPGVFZHM7puIQhLBBKYNLBw&oe=65B69114



DMCA Takedown Notice sent April 29, 2024



https://www.facebook.com/glod.filmowy/photos/a.4636
98207318023/1261185470902622/?type=3&from_look
aside=1



https://scontent.fmnl4-1.fna.fbcdn.net/v/t1.6435-
9/123120988_1261185477569288_3922010720902758
348_n.jpg?_nc_cat=103&ccb=1-
7&_nc_sid=dd63ad&_nc_ohc=qi00uGOnN10AX8MZ
o0y&_nc_ht=scontent.fmnl4-
1.fna&oh=00_AfCauOHWH3lyJ5esClVo0s1KQiwFLf
vmp-bb5z6Nmimy3w&oe=65B3F036



DMCA Takedown Notice sent December 15, 2023



https://www.facebook.com/80to90/posts/676698241144
454/?comment_id=742580504372918&paipv=0&eav=
AfbqzkHJYJo7it7A4KTtHF9pnI1jHOEFK84EthV_ZN
1XRLyynDbSN0GEwVpNSw9gp3A&_rdr



https://scontent.fmnl4-1.fna.fbcdn.net/v/t39.30808-
6/364078215_675160744631537_69271050658560197
90_n.jpg?_nc_cat=103&ccb=1-
7&_nc_sid=5f2048&_nc_ohc=uRPhO-
yYtp4AX_7LFay&_nc_ht=scontent.fmnl4-
1.fna&oh=00_AfDGmgjzukSqy2WjSAEctexlmKgqxJr
1mwTb0ZNtVNF0AA&oe=65689B6B



DMCA Takedown Notice sent November 10, 2023



https://www.facebook.com/photo/?fbid=839003454897
423&set=a.463691245761981



https://scontent.fmnl4-6.fna.fbcdn.net/v/t39.30808-
6/391762306_835541398576962_45977039293112488
27_n.jpg?_nc_cat=107&ccb=1-
7&_nc_sid=5f2048&_nc_eui2=AeFnlkKmuLCC547gO
r9vQSTrOLjyGb8VkzI4uPIZvxWTMg1-
B1LDSuaXJzkNo6WqORI&_nc_ohc=xbcaJo-
i_8MAX9pXDfl&_nc_ht=scontent.fmnl4-
6.fna&oh=00_AfBxr8QCT6B3ZZrBqkW8t0hsUCOEw
E7fH1dGY9xSNh_VCA&oe=65530C0F



DMCA Takedown Notice sent June 10, 2024



https://www.facebook.com/90210bh/photos/a.1095835
473811849/2235438419851543/?type=3&from_lookasi
de=1



https://scontent.fmnl4-2.fna.fbcdn.net/v/t1.6435-
9/53725735_2235438446518207_31281593160166277
12_n.jpg?_nc_cat=105&ccb=1-
7&_nc_sid=7f8c78&_nc_ohc=oS1xc27RQX4AX9U9R
1z&_nc_ht=scontent.fmnl4-
2.fna&oh=00_AfDAnB_6PuM_jhDBiqdSjsr3xenY8x2
FpzfnnNn6rc78eQ&oe=65B4072F



DMCA Takedown Notice sent February 12, 2024



https://www.facebook.com/Archivosstar/photos/a.6535
55248080578/2600122290090521/?type=3&from_look
aside=1



https://scontent.fmnl4-6.fna.fbcdn.net/v/t1.6435-
9/118136970_2600122300090520_8071315748941401
974_n.jpg?_nc_cat=108&ccb=1-
7&_nc_sid=dd63ad&_nc_ohc=q_Ohg1oizTgAX-
NR2AK&_nc_ht=scontent.fmnl4-
6.fna&oh=00_AfBdB7FW_TA85HgsgVbmAyMuaUF
Re7o1za4tcGBt2u_wyg&oe=65B3D49A



DMCA Takedown Notice sent April 23, 2024



https://www.facebook.com/photo/?fbid=112018023598
9607&set=pb.100039929242191.-2207520000



https://scontent.fmnl4-3.fna.fbcdn.net/v/t39.30808-
6/411933568_1120180232656274_1356270066507934
918_n.jpg?_nc_cat=110&ccb=1-
7&_nc_sid=3635dc&_nc_ohc=F0oJ09S6RHgAX_jkrX
U&_nc_oc=AQntszq70TJ8jkjB-_BY5NOKPDMj-
3or9Jly0hpSFCz8ANKxvdU_8oG88VB-4ItUhaFfI7Fi-
p9JPFvVyYw8pSGU&_nc_ht=scontent.fmnl4-
3.fna&oh=00_AfBAQtcH22nVzx3SvbQSoqoFx4hCw
HmBNtuoEED1WyoJlg&oe=65936EDC



DMCA Takedown Notice sent February 29, 2024



https://www.facebook.com/reel/840676471106028





DMCA Takedown Notice sent February 29, 2024



https://www.facebook.com/EdHardyWatchesME/photos/a.162121113925426/224318094372394/?locale=zh_CN



https://scontent.fmnl9-3.fna.fbcdn.net/v/t1.18169-9/314183_224318094372394_166776133_n.jpg?_nc_cat=100&ccb=1-7&_nc_sid=c2f564&_nc_eui2=AeEZMnKi92x5KxWtW_Gw67w6BBzoRRi8lXQEHOhFGLyVdAr2aAkvlUNhmlJHUH6vT4&_nc_ohc=SbTH6Y7VYCQAX_qIaEV&_nc_ht=scontent.fmnl9-3.fna&oh=00_AfAmAgGOxapuUZbblcBygVNzMAj_6JEPqA90R6TuLAZB3g&oe=65ABEE20



DMCA Takedown Notice sent June 3, 2024



https://www.facebook.com/Anubissp/photos/t.1000503
58975594/854114561312326/?type=3&locale=pt_BR



https://scontent.fmnl4-6.fna.fbcdn.net/v/t1.18169-
9/10945719_854114561312326_625340591807300323
1_n.png?_nc_cat=107&ccb=1-
7&_nc_sid=c2f564&_nc_ohc=OJ18fVR1djoAX-
xIuVh&_nc_ht=scontent.fmnl4-
6.fna&oh=00_AfCEwhO857xO4WLFVHzC7KO3vIQ
Q5-WMPJsAH8MRyxcjBA&oe=65B552D4



DMCA Takedown Notice sent February 19, 2024



https://www.facebook.com/UYRUMX/photos/a.179893
358688470/3819371504740619/?type=3&from_lookasi
de=1



https://scontent.fmnl4-1.fna.fbcdn.net/v/t1.6435-
9/120332205_3819371508073952_2637909620121615
551_n.png?_nc_cat=111&ccb=1-
7&_nc_sid=7f8c78&_nc_ohc=1BraUQsoa_EAX8E3H
pq&_nc_ht=scontent.fmnl4-
1.fna&oh=00_AfBKqVaN3r_NSXATTSBbizonZGeV
NIl-ddj_yVpSY1hx9A&oe=65B3AD94



DMCA Takedown Notice sent February 6, 2024



https://www.facebook.com/photo/?fbid=708376301330576&set=a.466307245537484



https://scontent.fmnl4-3.fna.fbcdn.net/v/t39.30808-6/375977385_708376394663900_2268904967877015530_n.jpg?_nc_cat=110&ccb=1-7&_nc_sid=dd5e9f&_nc_ohc=WZpGUiOy5u8AX8O2GnX&_nc_ht=scontent.fmnl4-3.fna&oh=00_AfCKdecNfg-gjIanKO5V2LPLlxV4C8-99syPA7gGEwfUeA&oe=659329E4



DMCA Takedown Notice sent April 22, 2024



https://www.facebook.com/photo/?fbid=859022292891220&set=a.509592164500903



https://scontent.fmnl4-1.fna.fbcdn.net/v/t39.30808-6/413986563_859022289557887_2837289667526212133_n.jpg?_nc_cat=104&ccb=1-7&_nc_sid=dd5e9f&_nc_ohc=xnA61_84VwsAX-y22EJ&_nc_ht=scontent.fmnl4-1.fna&oh=00_AfAXmNPOKk32yM6tTcVfJrHBHKpOVBZeI1EPMe92tfNroQ&oe=6592AF59



DMCA Takedown Notice sent June 12, 2024



https://www.facebook.com/LastExitToNowhere/photos/a.10150107349425427/10166006541060427/



https://scontent.fmnl4-4.fna.fbcdn.net/v/t39.30808-6/220931066_10166006541080427_7972373019048652593_n.jpg?_nc_cat=102&ccb=1-7&_nc_sid=5f2048&_nc_ohc=tLdqSvkEsNwAb4xH822&_nc_ht=scontent.fmnl4-4.fna&oh=00_AfCshjiht31DnnwQ1d0j6nBlMp6xm8RZpA2vI6nCwwjSFw&oe=662103E7



DMCA Takedown Notice sent September 22, 2023



https://www.facebook.com/photo?fbid=770521481753
247&set=a.505833088222089



https://scontent.fmnl9-4.fna.fbcdn.net/v/t39.30808-
6/369803261_770521478419914_55163855712058167
14_n.jpg?_nc_cat=108&ccb=1-
7&_nc_sid=49d041&_nc_eui2=AeFbdj8h6WRq_Uuo9
lxhSy36ufc0RWOx8u259zRFY7Hy7aln0o6gPYqQUZ
ajwaexHWg&_nc_ohc=sj-xQ6kjhPQAX-
tsjY6&_nc_ht=scontent.fmnl9-
4.fna&oh=00_AfDJJfZB9HkaiVzrbNrQ-
cRSAjg57J8_N0e7Mdbf-tPTOA&oe=65110D3B



DMCA Takedown Notice sent September 21, 2023



https://www.facebook.com/photo/?fbid=857255942634
738&set=a.731995775160756



https://scontent.fmnl9-2.fna.fbcdn.net/v/t39.30808-
6/375870893_857255939301405_51103039377932097
94_n.jpg?_nc_cat=101&ccb=1-
7&_nc_sid=49d041&_nc_eui2=AeHXZUrJoibwIonVS
xOKX28m6IfsGcjx3yboh-wZyPHfJlb-
1xYUMxuWxV6iY8B8eOA&_nc_ohc=IobO-
20rRNoAX_q_9M5&_nc_ht=scontent.fmnl9-
2.fna&oh=00_AfCXt4cnppAt3Vp34qWU_RZlkA0ub7t
-FnqUvlSyY-qBxw&oe=651158E6



DMCA Takedown Notice sent May 3, 2024



https://www.facebook.com/IconicCool/photos/a.713818255389174/4191287984308833/?type=3&from_lookaside=1



https://scontent.fmnl4-2.fna.fbcdn.net/v/t39.30808-6/247656144_4191287980975500_4334266422730469066_n.jpg?_nc_cat=101&ccb=1-7&_nc_sid=a73e89&_nc_ohc=9pRcGNNFzj0AX9u7Vz-&_nc_ht=scontent.fmnl4-2.fna&oh=00_AfBfsROmYNZ0Jmv8uP_pDHX8lJ9h-Av2E-49F5tTaiMoLw&oe=6591755D



DMCA Takedown Notice sent May 23, 2024



https://www.facebook.com/photo.php?fbid=102251139
31461865&set=p.10225113931461865&type=3



https://scontent.fmnl4-4.fna.fbcdn.net/v/t1.6435-
9/143527252_10225113931501866_589100621099320
7559_n.jpg?_nc_cat=102&ccb=1-
7&_nc_sid=755d08&_nc_ohc=dxuK1zsFfisAX9-
TxKW&_nc_ht=scontent.fmnl4-
4.fna&oh=00_AfBduir-
c1zxNJuktmgi23RNah9f01Hv9hXoQ7-
ClH81Qg&oe=658AE9FC



DMCA Takedown Notice sent May 13, 2024



https://www.facebook.com/IconicCool/photos/a.115646
2377791424/5824693684301580/?type=3&from_looka
side=1



https://scontent.fmnl4-1.fna.fbcdn.net/v/t39.30808-
6/330843943_905064740613747_69201044300175016
97_n.jpg?_nc_cat=104&ccb=1-
7&_nc_sid=a73e89&_nc_ohc=-
RF5rtEVVJEAX9pw0u2&_nc_ht=scontent.fmnl4-
1.fna&oh=00_AfAAKJlN93k2FFIIaT58HUuOwJKo-d-
CDviq6_YKa5BzBQ&oe=659104AB



DMCA Takedown Notice sent February 8, 2024



https://www.facebook.com/kamertonkultury/photos/a.2
443476619246699/3188127904781563/?type=3&from
_lookaside=1



https://scontent.fmnl4-2.fna.fbcdn.net/v/t39.30808-
6/277777250_3188127901448230_8954325183109756
150_n.jpg?_nc_cat=106&ccb=1-
7&_nc_sid=a73e89&_nc_ohc=k9MES23xLJwAX94Y
Gbl&_nc_ht=scontent.fmnl4-
2.fna&oh=00_AfBaBLHrYUTlLXmN_UmzX73C1lNo
j2WzQYrqsaqttAtiGA&oe=65924B6C



DMCA Takedown Notice sent May 22, 2024



https://www.facebook.com/photo/?fbid=768682055273
121&set=a.461055949369068&locale=fa_IR



https://scontent.fmnl4-2.fna.fbcdn.net/v/t39.30808-
6/403729099_768682051939788_25097617195456429
90_n.jpg?_nc_cat=106&ccb=1-
7&_nc_sid=3635dc&_nc_ohc=jITZCJR3MMoAX-
7uUd6&_nc_ht=scontent.fmnl4-
2.fna&oh=00_AfAMd9xCEKph3Df2DW-LewbnHr-
LpFqIJY_FXFrdIqxTrw&oe=659478F2



DMCA Takedown Notice sent February 8, 2024



https://www.facebook.com/photo?fbid=14464872290&set=pb.100067550657359.-2207520000

https://scontent.fmnl4-1.fna.fbcdn.net/v/t1.18169-9/1934325_14464857290_2820_n.jpg?_nc_cat=111&ccb=1-7&_nc_sid=4dc865&_nc_ohc=Lsjqm2y_qHEAX-wgHor&_nc_ht=scontent.fmnl4-1.fna&oh=00_AfC4C5MXkVZunavJ_-XjLrIth6UvAj-4JuWcK9zNmayF9g&oe=65B3D5A9



DMCA Takedown Notice sent March 12, 2024



https://www.facebook.com/photo/?fbid=124807828947
2414&set=a.572958906984359&locale=sw_KE

https://scontent.fmnl4-6.fna.fbcdn.net/v/t39.30808-
6/403714357_1248078286139081_8872820892221581
417_n.jpg?_nc_cat=107&ccb=1-
7&_nc_sid=dd5e9f&_nc_ohc=IcVTTUY84UMAX_Bl
PCb&_nc_ht=scontent.fmnl4-
6.fna&oh=00_AfAOItVE-
uJIuC4qTKk3mfwy5uyHHZmlS_EyhtxK_6iN_A&oe=
659371CA



DMCA Takedown Notice sent May 15, 2024



https://www.facebook.com/XenaWatch/photos/pb.1000
69923981378.-
2207520000/413735145467886/?type=3&locale=zh_C
N



https://scontent.fmnl17-4.fna.fbcdn.net/v/t31.18172-
8/11004551_413735145467886_724145529858032012
4_o.jpg?_nc_cat=104&ccb=1-
7&_nc_sid=c2f564&_nc_ohc=4Qif31CmpL8AX9Xt5
Uu&_nc_ht=scontent.fmnl17-
4.fna&oh=00_AfD14r4B1_3W5faV8fBSHIUrkFLDSC
olFRI_d229VGnTHA&oe=65B5C2C9



DMCA Takedown Notice sent June 13, 2024



www.facebook.com/photo?fbid=157737500930513&se
t=a.156846384352958



scontent.fmnl25-1.fna.fbcdn.net/v/t1.18169-
9/74404_157737500930513_1076644_n.jpg?_nc_cat=1
08&ccb=1-
7&_nc_sid=5f2048&_nc_eui2=AeFDaNoRKST0HGw
nYThGxACIvlgI3UZbm_u-WAjdRlub-3mAtMmru-
BOcYsIgbo6BNk&_nc_ohc=PauTWSQ0g9UAX9XhL
WF&_nc_ht=scontent.fmnl25-
1.fna&oh=00_AfBiCLBKYUW156pKdiOXUWDSO3
H90xFXS_Y3x4LfcIN8Sg&oe=661E0857



DMCA Takedown Notice sent May 28, 2024



https://www.facebook.com/ellleighclarke/photos/pb.10
0063575409356.-
2207520000/2748198842154437/?type=3



https://scontent.fmdz5-1.fna.fbcdn.net/v/t39.30808-
6/272881059_2748198838821104_5055897717197071
452_n.png?_nc_cat=101&ccb=1-
7&_nc_sid=5f2048&_nc_ohc=_5aExC5sUskQ7kNvgF
RUZvC&_nc_ht=scontent.fmdz5-
1.fna&oh=00_AYCQE3GRkVcKIXOaMY0uznipr6gu1
TuwmCBrFCpc1FOffg&oe=665C63F3



DMCA Takedown Notice sent June 18, 2024



www.facebook.com/photo?fbid=780714428673210&set=pcb.780714538673199



https://scontent.fmnl8-1.fna.fbcdn.net/v/t31.18172-8/11025312_780714428673210_7876141992708759922_o.jpg?_nc_cat=106&ccb=1-7&_nc_sid=5f2048&_nc_ohc=rKq5N3f0inQAX_3LU6w&_nc_ht=scontent.fmnl8-1.fna&oh=00_AfDKfV-cjLPSmf649HgM02X9VKvG3S9Zc6iYvijJ-w_eWw&oe=662183E1



DMCA Takedown Notice sent June 17, 2024



www.facebook.com/itsivanvideos/videos/179242615165487/



DMCA Takedown Notice sent March 6, 2024



https://www.facebook.com/photo.php?fbid=180165747
987220&set=a.121174717219657&type=3&mibextid=
WC7FNe



https://scontent.fmdz4-1.fna.fbcdn.net/v/t39.30808-
6/325894463_548338503978727_92295849123673401
_n.jpg?_nc_cat=102&ccb=1-
7&_nc_sid=5f2048&_nc_ohc=xWoOGW38S9oAX9va
6ds&_nc_ht=scontent.fmdz4-
1.fna&oh=00_AfDG3FmluBqTrpKrKBHewCt09qcFW
XUSOuXbtkW47RDgjg&oe=65ECBD14



DMCA Takedown Notice sent December 5, 2023



https://www.facebook.com/907679299310214/photos/a
.907679792643498/907863109291833/



https://scontent.fmdz4-1.fna.fbcdn.net/v/t31.18172-
8/920786_907863109291833_5480658682240022221_
o.jpg?_nc_cat=102&ccb=1-
7&_nc_sid=c2f564&_nc_ohc=WM01H1GKD04AX8u
WkVP&_nc_ht=scontent.fmdz4-
1.fna&oh=00_AfCZzggoQJQ222B1fUlOESx9Wg9uZ
wJaAc7zLpd3PP29pA&oe=656A85ED



DMCA Takedown Notice sent June 5, 2024



https://www.facebook.com/IconicCool/photos/a.336132
2163972090/4342350425869254/?type=3&from_looka
side=1



https://scontent.fmnl4-1.fna.fbcdn.net/v/t39.30808-
6/266757989_4342350415869255_6418712204348002
998_n.jpg?_nc_cat=111&ccb=1-
7&_nc_sid=a73e89&_nc_ohc=kvxXzoTBFlkAX8JwC
XC&_nc_ht=scontent.fmnl4-
1.fna&oh=00_AfCWHKY8mq-
nfvQokUfYjbXQCI3SXSiX8Yf7KUNrI8IVpw&oe=65
919481



DMCA Takedown Notice sent April 25, 2024



https://www.facebook.com/photo/?fbid=902072471291
728&set=a.636792521153059



https://scontent.fmnl4-4.fna.fbcdn.net/v/t39.30808-
6/412872808_902072467958395_416799777888515475
28_n.jpg?_nc_cat=102&ccb=1-
7&_nc_sid=3635dc&_nc_ohc=2e5coc6pglgAX9hjttA
&_nc_ht=scontent.fmnl4-
4.fna&oh=00_AfD9dnyfOOywYMZfNgqOI1IXC7FE7
bo-YSSX5NY4O52c1Q&oe=65924AD6



DMCA Takedown Notice sent May 8, 2024



https://www.facebook.com/PassionFO/photos/a.653825744700896/962582427158558/?type=3&from_lookaside=1



https://scontent.fmnl4-1.fna.fbcdn.net/v/t31.18172-8/10668877_962582427158558_7222047636497353835_o.jpg?_nc_cat=104&ccb=1-7&_nc_sid=300f58&_nc_ohc=if0W3riAdMcAX_wE3Aq&_nc_ht=scontent.fmnl4-1.fna&oh=00_AfCbeILuSpzMfDkY5-D4gKvIQOGYd5Z_su5i5hFVLKEWOQ&oe=65B3E7A8



DMCA Takedown Notice sent March 19, 2024



https://m.facebook.com/Caffeinafestival/posts/che-strafigo/1353629914794809/?locale=zh_CN



https://scontent.fmnl17-3.fna.fbcdn.net/v/t1.6435-9/49327510_1353629888128145_2519222314533388288_n.jpg?_nc_cat=103&ccb=1-7&_nc_sid=dd63ad&_nc_eui2=AeGiqL_mhcdu2PqBEDXbTnjpagGdj5zg_p9qAZ2PnOD-nzO0fxnsDL1vQYMizrgkXYKt6APZkEM5O6-BegonHAQL&_nc_ohc=slXsEIfuU8AAX9CbFkR&_nc_ht=scontent.fmnl17-3.fna&oh=00_AfDQ318z0EVkslFb3vNfWcz79kyIWMSzi5WjrNEy0n6_rQ&oe=65B5E492